EDWARD R. LEONARD, State Bar No. 82272
eleonard@hfdclaw.com
EDWARD W. LUKAS, JR., State Bar No. 155214
JOSEPH M. WAHL, State Bar No. 281920
HARRINGTON, FOXX, DUBROW & CANTER, LLP
1055 W. Seventh Street, 29th Floor
Los Angeles, California 90017
Telephone:  (213) 489-3222
Facsimile:  (213) 623-7929

JS-6

Attorneys for Defendant,
BENJAMIN BEST FREIGHT, INC.

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DOLORES ARROYO, NORINE BOEHMER AS GUARDIAN AD LITEM FOR ARTURO MUNIZ JARAMILLO,<br><br>  Plaintiffs,<br><br>vs.<br><br>RICHARD RHEA CARMAN, C & H TRANSPORT, INC., C & H EXPRESS INC. AND DOES 1 THROUGH 50, INCLUSIVE,<br><br>  Defendants. | Case No.  2:14-cv-06851-DDP-JPR<br><br>Assigned to Judge Dean D. Pregerson<br><br>**ORDER RE JOINT STIPULATION TO REMAND CASE** |

Considering the Joint Stipulation to Remand Case and finding a good cause for the granting of same:

IT IS HEREBY ORDERED, that the Joint Stipulation to Remand Case is hereby granted.

IT IS FURTHER ORDERED, that Plaintiff's lawsuit be and is hereby remanded to the Superior Court of California for the County of Los Angeles, under the caption <u>Maria Dolores Arroyo, Norine Boehmer As Guardian Ad Litem For Arturo Muniz Jaramillo v. Richard Rhea Carman, C & H Transport, Inc., C & H Express Inc. and DOES 1 through 50, Inclusive</u>, Case No. BC536130.

///

IT IS FURTHER ORDERED, with each party to bear their own respective court costs, attorney's fees and expenses.

DATED: September 12, 2014

HON. DEAN D. PREGERSON_____
UNITED STATES DISTRICT JUDGE

```
cc: order, docket, remand letter to Los Angeles Superior Court,
No. BC536130
```